SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

MARK L. KROTOSKI (CSBN 138549)
Chief, Criminal Division

DENISE MARIE BARTON (MABN 634052)
Assistant United States Attorney

  450 Golden Gate Avenue, Box 36055
  San Francisco, California 94102
  Telephone: (415) 436-7102
  Facsimile: (415) 436-7234

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR No.  07-0055 JSW |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME |
| v. | |
| MARIO ALBERTO INCHAURREGUI-VELASQUEZ, | |
| Defendant. | |

On February 22, 2007, the parties in this case appeared before the Court and stipulated that time should be excluded from the Speedy Trial Act calculations from February 22, 2007 to March 15, 2007 for effective preparation of counsel, in that defense counsel has recently received discovery from the Government.  The parties represented that granting the continuance was necessary for effective preparation of defense counsel, taking into account the exercise of due diligence.  See 18 U.S.C. § 3161(h)(8)(B)(iv).

SO STIPULATED:

Stipulation and [Proposed] Order Excluding Time - CR 07-0055            1

SCOTT N. SCHOOLS
Interim United States Attorney

DATED: February 23, 2007            _____/s/_____
DENISE MARIE BARTON
Assistant United States Attorney


DATED: February 23, 2007            _____/s/_____
STEVEN J. KOENINGER
Attorney for MARIO ALBERTO
INCHAURREGUI-VELASQUEZ

 

As the Court found on February 22, 2007, and for the reasons stated above, the Court finds that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial and that time should be excluded from the Speedy Trial Act calculations from February 22, 2007 to March 15, 2007 for effective preparation of defense counsel.  See 18 U.S.C. §3161 (h)(8)(A).  The failure to grant the requested continuance would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and would result in a miscarriage of justice.  See 18 U.S.C. §3161(h)(8)(B)(iv).

SO ORDERED.

DATED: February 26, 2007            _____
Jeffrey S. White
United States District Court Judge