1  SCOTT N. SCHOOLS (SCBN 9990)
   United States Attorney
2
3  MARK L. KROTOSKI (CSBN 138549)
   Chief, Criminal Division
4  DENISE MARIE BARTON (MABN 634052)
   Assistant United States Attorney
5
       450 Golden Gate Avenue, Box 36055
6      San Francisco, California 94102
       Telephone: (415) 436-7102
7      Facsimile: (415) 436-7234

8  Attorneys for Plaintiff

9

10                  UNITED STATES DISTRICT COURT

11                 NORTHERN DISTRICT OF CALIFORNIA

12                      SAN FRANCISCO DIVISION

13

14 | UNITED STATES OF AMERICA,            ) CR No. 07-0055 JSW
                                          )
15 |     Plaintiff,                       ) STIPULATION AND [PROPOSED] ORDER
                                          ) EXCLUDING TIME
16 |   v.                                 )
                                          )
17 | MARIO ALBERTO INCHAURREGUI-          )
   | VELASQUEZ,                           )
18 |                                      )
   |     Defendant.                       )
19 |_____

20

21     On March 15, 2007, the parties in this case appeared before the Court and stipulated that time

22 should be excluded from the Speedy Trial Act calculations from March 15, 2007 to March 29,

23 2007 for effective preparation of counsel, in that defense counsel has recently received discovery

24 from the Government; additional discovery was still forthcoming from the Government; and the

25 parties are preparing a plea agreement. The parties represented that granting the continuance was

26 necessary for effective preparation of counsel, taking into account the exercise of due diligence.

27 See 18 U.S.C. § 3161(h)(8)(B)(iv).

28

Stipulation and [Proposed] Order Excluding Time - CR 07-0055                                    1

1 | SO STIPULATED:

                                        SCOTT N. SCHOOLS
                                        Interim United States Attorney

DATED: March 19, 2007                  /s/
                                        DENISE MARIE BARTON
                                        Assistant United States Attorney

DATED: March 19, 2007                  /s/
                                        STEVEN J. KOENINGER
                                        Attorney for MARIO ALBERTO
                                        INCHAURREGUI-VELASQUEZ

    As the Court found on March 15, 2007, and for the reasons stated above, the Court finds that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial and that time should be excluded from the Speedy Trial Act calculations from March 15, 2007 to March 29, 2007 for effective preparation of counsel. See 18 U.S.C. §3161 (h)(8)(A). The failure to grant the requested continuance would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and would result in a miscarriage of justice. See 18 U.S.C. §3161(h)(8)(B)(iv).

SO ORDERED.

DATED: March 20, 2007                 _____
                                        Jeffrey S. White
                                        United States District Court Judge